# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ALDON MARTINEZ, <br><br> Plaintiff, <br><br> -v- <br><br> GREEN PLANET MORTGAGE, LLC., <br><br> Defendant. | Civil Case Number: <br><br> **CIVIL ACTION** <br><br> **COMPLAINT** <br> **AND** <br> **DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1. Plaintiff, ALDON MARTINEZ, brings this action under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA") alleging that GREEN PLANET MORTGAGE, LLC has negligently and recklessly disseminated false information regarding the Plaintiff's credit to the national credit reporting agencies.

2. Plaintiff seeks statutory, actual, and punitive damages, along with injunctive and declaratory relief, and attorneys' fees and costs.

## JURISDICTION

3. The Court has jurisdiction of this matter under 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. All defendants regularly conduct business within the state of Florida and violated Plaintiff's rights under the FCRA in the state of Florida as alleged more fully below.

4. Venue is proper this district under 28 U.S.C. 1391(b) because Plaintiff resides in this district, Defendant conducts business in this district, and communications giving rise to this action occurred in this district.

## PARTIES

5. Plaintiff, Aldon Martinez ("Plaintiff"), is a resident of Mulberry, Florida and is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

6. Green Planet Mortgage, LLC ("Green Planet") is a national mortgage company with its principal office located at 10151 Deerwood Park, Suite 130, Jacksonville, Florida 32256-0566.

## FACTUAL ALLEGATIONS

7. Sometime prior to May of 2024, Plaintiff applied for loans and an apartment and was denied due to Green Planet's credit reporting.

8. On or around May 20, 2024, Plaintiff downloaded all three of his credit reports to ascertain what, if anything, caused him to be denied.

9. To Plaintiff's surprise, Plaintiff quickly noticed that Equifax and Green Planet were reporting Plaintiff as late in January, February, March, April, June and July of 2023. Plaintiff was rightfully confused as Plaintiff paid off his mortgage with Green Planet in April of 2020.

10. On or around May 20, 2024, Plaintiff disputed the inaccurate reporting with Equifax noting that he could not be late in 2023 as he paid off the mortgage in 2020 and obtained a satisfaction of mortgage in 2020.

11. Upon information and belief, Equifax relayed Plaintiff's disputes to Green Planet, but Green Planet refused to investigate, correct or delete this inaccurate information.

12. On June 11, 2024, Plaintiff received a response from Equifax stating that "THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THIS CREDITOR HAS VERIFIED TO OUR

COMPANY THAT THE PRIOR PAYING HISOTRY IS BEING REPORTED CORRECTLY."

13. At all times pertinent hereto, Green Planet's conduct was similarly willful and carried out in reckless disregard for a consumer's rights as set forth under section 1681s and 1681i of the FCRA.

14. As a direct and proximate result of the Green Planet's willful and/or negligent refusal to assure maximum accuracy of Plaintiff's credit reports as mandated by the FCRA, Plaintiff has been harmed in his daily life. For example, the Plaintiff's credit scores dropped severely because of this inaccurate reporting, and the Plaintiff has been unable to find a place to live, causing the Plaintiff to sustain monetary damages. Plaintiff further suffered emotional distress along with frustration and annoyance because of the Green Planet's actions.

**COUNT I**
**FAILURE TO INVESTIGATE DISPUTE**
**FCRA, 15 USC § 1681s-2(b)**
**AGAINST GREEN PLANET**

15. All preceding paragraphs are re-alleged.

16. Furnishers of credit information have a duty under the FCRA to investigate disputes from consumers as to the accuracy of information being reported.

17. In May of 2024, Plaintiff initiated disputes with Equifax disputing the accuracy of the accounts being reported by Green Planet.

18. Upon information and belief, Green Planet received notice of these disputes from the consumer reporting agencies.

19. Green Planet was obligated, pursuant to section 1681s-2(b) of the FCRA to conduct a complete and thorough investigation with respect to Plaintiff's disputes.

20. Green Planet failed to reasonably investigate Plaintiff's disputes. Indeed, Green Planet could easily have checked its records and seen that the Plaintiff's accounts were paid off in full in 2020.

21. Even after the Plaintiff properly disputed the accuracy of this account with Equifax and Green Planet refused to conduct a reasonable investigation and continued inaccurately reporting late payments in 2023.

22. Green Planet's conduct violated section 1681s-2(b) of the FCRA.

23. As a result of Green Planet's conduct, Plaintiff was harmed, as discussed above.

## DEMAND FOR TRIAL BY JURY

24. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against Defendants as follows:

A. Awarding Plaintiff actual damages;

B. Awarding Plaintiff statutory damages;

C. Awarding Plaintiff punitive damages;

D. Awarding Plaintiff the costs of this action and reasonable attorneys' fees and expenses;

E. Awarding pre-judgment interest and post-judgment interest;

F. A declaration that the Defendants' conduct alleged herein is unlawful, as set forth more fully above;

G. Equitable relief, enjoining the Defendants from engaging in the unjust and unlawful conduct alleged herein; and

H. Awarding Plaintiff such other and further relief as this Court may deem just and proper.

Dated: November 8, 2024

        By:    **MIAMI REALTY LAW GROUP PLLC**

By: /s/ Angel L. Lluvet, Esq.
Angel L. Lluvet, ESQ.
FBN 1019240
6625 Miami Lakes Dr. E Suite 327
Miami Lakes, FL 33014
Phone: (786) 444-9953
Fax: (305) 647-2878
Email: Angel@miamirealtylawgroup.com
Counsel for Plaintiff